## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-CR-173(MJD/SRN) |
| **Plaintiff,** | |
| v. | **ORDER** |
| Malik Al Mustafa El-Alamin, | |
| **Defendant**. | |

LeeAnn K. Bell, Esq., on behalf of Plaintiff

Paul Applebaum,  Esq., on behalf of Defendant

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 25, 2006.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.     Defendant's Motion to Suppress Evidence Obtained as a Result of Search and

Seizure (Doc. No. 16 & 26) is **DENIED.**


DATED: September 29, 2006                    s / Michael J. Davis_____
                                             Judge Michael J. Davis
                                             United States District Court