# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | Criminal No. 06-CR-173(MJD/SRN) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **Malik Al Mustafa El-Alamin,** | |
| **Defendant**. | |

LeeAnn K. Bell, Esq., on behalf of Plaintiff

Paul Applebaum, Esq., on behalf of Defendant

---

The above-entitled matter comes before the Court upon the Reports and Recommendations of United States Magistrate Judge Susan Richard Nelson dated August 25, 2006, and September 5, 2006. No objections have been filed to those Reports and Recommendations in the time period permitted.

Based on the Reports and Recommendations of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 16 & 26) is **DENIED;** and

2. Defendant's Motion to Dismiss (Doc. No. 35) is **DENIED.**

DATED: September 29, 2006
s/ Michael J. Davis
Judge Michael J. Davis
United States District Court

1