UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                              ORDER
                                               Crim. No. 06-173

Malik Al Mustafa El-Alamin,

       Defendant.

_____

      This matter is before the Court upon Defendant's *pro se* motion to file a supplemental motion with accompanying memoranda.  As the Defendant is represented by counsel, the motion will be denied.

      IT IS HEREBY ORDERED that Defendant's request to file a *pro se* motion is DENIED.

Date: November 13, 2006

                                               s / Michael J. Davis
                                               Michael J. Davis
                                               United States District Court