UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                                    ORDER
                                                                      Crim. No. 06-173(1)(MJD/SRN)

Malik Al Mustafa El-Alamin,
    a/k/a Eric Britten,

    Defendant.

_____

This matter is before the Court upon Defendant's *pro se* motion for substitution of his appointed counsel. Based on the records, files and proceedings herein,

IT IS HEREBY ORDERED that Defendant's Motion for Substitution of Counsel is DENIED.

Date: December 18, 2006

                                                           s / Michael J. Davis
                                                           Michael J. Davis
                                                           United States District Court