UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                        ORDER
                                            Crim. No. 06-173(1)(MJD/SRN)

Malik Al Mustafa El-Alamin,
    a/k/a Eric Britten,

    Defendant.

_____

    This matter is before the Court upon Defendant's *pro se* motion to proceed *pro se,* with standby counsel, or in the alternative, for appointment of counsel. Defendant has also filed *pro* se motions to withdraw his plea, for ineffective assistance of counsel and for a suppression/<u>Franks</u> hearing.

    Counsel will be appointed for Defendant.  The Defendant will not be allowed to proceed *pro se,* as such, the Court will not consider Defendant's *pro se* motions.

    IT IS HEREBY ORDERED that Defendant's Motion for Appointment of Counsel [Doc. No. 81] is GRANTED.  The remaining motions [Doc Nos. 82, 83 and 84] are DENIED.

Date: January 8, 2007

                                                                  s/ Michael J. Davis
                                                                    Judge Michael J. Davis
                                                                    United States District Court