UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                            ORDER
                                                  Crim. No. 06-173(1)(MJD/SRN)

Malik Al Mustafa El-Alamin,
    a/k/a Eric Britten,

    Defendant.

_____

This matter is before the Court upon Defendant's *pro se* motion to reconsider mitigating factors for sentencing.

The Court has reviewed the Defendant's *pro se* submissions, and finds no basis upon which to grant the relief requested.

IT IS HEREBY ORDERED that Defendant's Motion for Reconsideration of Mitigating Factors for Sentencing [Doc. No. 165] is DENIED.

Date: December 6, 2007

                                              s / Michael J. Davis
                                              Michael J. Davis
                                              United States District Court