# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Lisa D. Rosenthal, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN  55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |
|---|---|---|---|

August 14, 2013

Malik Al Mustafa El-Alamin
Reg No. 12826-041
FCI - Pekin
P.O. Box 5000
Pekin, IL 61555

Re:    United States of America -v- Malik Al Mustafa El-Alamin
       Criminal CR 06-173 MJD

Dear Mr. El-Alamin:

A Notice of Appeal was filed in the above entitled action on 8/14/13 .  Enclosed please find copies of each of the following documents:

(x)    Revised Information Sheet
(x)    Notice of Appeal
(x)    Order signed my Chief Judge Davis  dated 7/31/13
(x)    Docket Entries
(x)     No filing fee is required - counsel was previously Court appointed


Sincerely,

*s/Kim Krulas*

RICHARD D. SLETTEN, CLERK

Kim Krulas, Deputy Clerk

Enclosures

cc: File CR 06-173 MJD